# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

                    Plaintiff,

v.

GEFFREY SAWTELLE,

                    Defendant.

Case No. 16-CR-110-JPS

**ORDER**

On April 11, 2017, the grand jury returned a forty-five count fourth superseding indictment against the defendant. (Docket #57). The government charged the defendant, formerly president of a local bank, with various forms of fraud, embezzlement, and money laundering in diverting bank funds to purchase expensive items for himself and his family. *Id.* On July 11, 2017, the parties filed a plea agreement indicating that the defendant would plead guilty to Counts One, Two, Three, Twenty-Two, and Thirty of the Fourth Superseding Indictment, and that all remaining counts would be dismissed at sentencing. (Docket #62 at 2-10).

The parties appeared before Magistrate Judge Nancy Joseph on July 19, 2017, to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. (Docket #67). The defendant entered a plea of guilty as to Counts One, Two, Three, Twenty-Two, and Thirty of the Fourth Superseding Indictment. *Id.* After cautioning and examining the defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Joseph determined that the guilty plea was knowing and voluntary, and that the offenses charged were supported by an

independent factual basis containing each of the essential elements of the offenses. (Docket #66 and #67).

Thereafter, Magistrate Joseph filed a Report and Recommendation with this Court, recommending that: (1) the defendant's plea of guilty be accepted; (2) a presentence investigation report be prepared; and (3) the defendant be adjudicated guilty and have a sentence imposed accordingly. (Docket #66). Pursuant to General L. R. 72(c) (E.D. Wis.), 28 U.S.C. § 636(b)(1)(B), and Federal Rules of Criminal Procedure 59(b) or 72(b) if applicable, the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation.

To date, no party has filed such an objection.

The Court has considered Magistrate Joseph's recommendation and, having received no objection thereto, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge Nancy Joseph's report and recommendation (Docket #66) be and the same is hereby **ADOPTED**.

Dated at Milwaukee, Wisconsin, this 7th day of August, 2017.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge