# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br> v. <br><br> GEFFREY SAWTELLE, <br><br> Defendant. | Case No. 16-CR-110-JPS <br><br><br> **ORDER** |

On February 21, 2018, Defendant filed a motion for return of a handgun and related items which were seized prior to his sentencing. (Docket #88). Defendant states that the FBI would like to return the items to his sister, but desires a court order before doing so. *Id.* The government has informed the Court that it does not oppose the motion. The Court will, therefore, grant the requested relief.

Accordingly,

**IT IS ORDERED** that Defendant's motion for return of property (Docket #88) be and the same is hereby **GRANTED**; and

**IT IS FURTHER ORDERED** that the Federal Bureau of Investigation may return the firearm and related items seized from Defendant, namely a .380 caliber Ruger handgun, serial number 378-20475, one magazine, and three rounds of ammunition, to Defendant's sister Gretchen Smith.

Dated at Milwaukee, Wisconsin, this 22nd day of February, 2018.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge